■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARC E. ANDREWS, Appellant. [679 NYS2d 839] —Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered August 6, 1997, convicting him of driving while intoxicated as a felony, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not deprived of his right to be sentenced as provided by law (*see, People v Fuller,* 57 NY2d 152, 156; *People v Cronin,* 60 NY2d 430, 433). The court properly imposed a mandatory surcharge and a $1,000 fine in addition to a 90-day term of incarceration as a condition of a term of five years probation (*see,* Vehicle and Traffic Law § 1193 [1] [c] [i]; Penal Law § 60.01 [2] [d]). Mangano, P. J., Joy, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN APONTE, Appellant. [679 NYS2d 838] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered April 10, 1997, convicting him of criminal possession of a controlled substance in the third degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention with respect to the trial court's marshalling of the evidence is unpreserved for appellate review and we decline to review it in the exercise of our interest of justice jurisdiction.

The defendant's sentence was neither harsh nor excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is without merit. O'Brien, J. P., Thompson, Sullivan and Friedmann, JJ., concur.